UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BRYAN TURNER, Jr., Booking #14745493,<br><br>Plaintiff,<br><br>vs.<br><br>METROPOLITAN TRANSIT SYSTEM, et al.,<br><br>Defendants. | Case No.  3:22-CV-1318 JLS (AHG)<br><br>**ORDER DISMISSING CIVIL ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY FILING FEE REQUIRED BY 28 U.S.C. § 1914(a)** |

On September 1, 2022, Plaintiff David Bryan Turner, Jr., a detainee at the San Diego Central Jail ("SDCJ") filed a civil rights Complaint ("Compl.," ECF No. 1) pursuant to 42 U.S.C. § 1983.  *See* Compl.  Turner did not prepay the civil filing fee required to commence a civil action at the time he filed his Complaint; instead, he filed a Motion to Proceed *In Forma Pauperis* ("IFP") pursuant to 28 U.S.C. § 1915(a).  *See* ECF No. 3.

On October 12, 2022, the Court found that Plaintiff was barred from proceeding IFP pursuant to 28 U.S.C. § 1915(g) and dismissed the action for failure to pay the full statutory and administrative $402 civil filing fee required by 28 U.S.C. § 1914(a).  *See* ECF No. 4

at 5.  Plaintiff was granted forty-five (45) days to pay the entire $402 civil filing and administrative fee in full.  *See id.*  He was also informed that if he failed to pay this fee, the Court would enter a final judgment of dismissal.  *See id.*

That time has since passed and Plaintiff has not paid the $402 civil filing fee. Therefore, the Court **DISMISSES** this action, in its entirety, **WITHOUT PREJUDICE** for failure to pay the filing fee required by 28 U.S.C. § 1914(a).  The Clerk of Court is directed to close the file.

**IT IS SO ORDERED.**

Dated:  December 16, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge